## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROXANNE WHARTON,        )
                                  )
        Plaintiff,        )
                                  )
                                  )     C.A. No. 1:23-cv-00110-RGA
        v.           )
                                  )
BAYHEALTH MEDICAL      )
CENTER, INC.,          )
                                  )
        Defendant.      )

## STIPULATION OF DISMISSAL

The parties, pursuant to Federal Rule of Civil Procedure 41(a), through their respective counsel of record, hereby stipulate that all claims asserted by any party in this action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

[signature page follows]

SCHMITTINGER & RODRIGUEZ, P.A.

By: */s/ Gary E. Junge*_____

Gary E. Junge, Esquire (#6169)
414 South State Street
Dover, Delaware 19903-0497
(302) 674-0140
gjunge@schmittrod.com
Attorney for Plaintiff


Dated: March 10, 2025

STEVENS & LEE, P.C.

By: /s/ *Stacey A. Scrivani*_____
    Stacey A. Scrivani (6129)
    919 N. Market Street, Suite 1300
    Wilmington, DE 19801
    Stacey.scrivani@stevenslee.com
    (302) 425-3306

Theresa M. Zechman
51 South Duke Street
Lancaster, PA 17602
tmz@stevenslee.com
(717) 399-6644

Lisa M. Scidurlo
620 Freedom Business Center,
Suite 200
King of Prussia, PA 19406
Lisa.scidurlo@stevenslee.com
(610) 205-6042

Michael M. Greenfield
Sasha A. Phillips
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
Michael.greenfield@stevenslee.com
Sasha.phillips@stevenslee.com
(215) 496-3823
(215) 496-3830


SO ORDERED, this __10th__ day of ___March___, 2025.


                         /s/ Richard G. Andrews
                         _____
                         The Honorable Richard G. Andrews